IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00130-MSK-MJW

THOMAS J. JOHNSON,

Plaintiff(s),

v.

LUCENT TECHNOLOGIES, INC.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Plaintiff's Motion for Leave to File Amended Complaint and Proposed Order (docket no. 9) is DENIED for failing to comply with D.C.COLO.LCivR 7.1 A.

It is FURTHER ORDERED that Plaintiff shall use the proper case number on all future pleadings and motions.  **The correct case number is 06-cv-00130-MSK-MJW and not 06-cv-00130-MSK.**

Date:  May 31, 2006