IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00130-MSK-MJW

THOMAS J. JOHNSON,

Plaintiff(s),

v.

LUCENT TECHNOLOGIES, INC.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion for Leave to File Unilateral Scheduling Order, DN 13, filed with the Court on May 31, 2006, is GRANTED.

Date: June 1, 2006