IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00130-PAC-MJW

THOMAS J. JOHNSON,

    Plaintiff(s),

v.

LUCENT TECHNOLOGIES, INC.,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Defendant's Unopposed Motion to Withdraw [filed July 11, 2006; Doc. No. 40] is **GRANTED.**  The Motion to Dismiss [filed June 2, 2006; Doc. No. 21] is withdrawn

    IT IS **FURTHER ORDERED** that the Motion to Dismiss [filed June 2, 2006; Doc. No. 21] is **denied** as moot.

    IT IS **FURTHER ORDERED** that no response having been filed, the Motion for Leave to File Amended Complaint [filed June 9, 2006; Doc. No. 32] is **GRANTED.**  The Amended  Complaint and Jury Demand tendered June 9, 2006 shall be considered filed this date.

Dated:  July 13, 2006