IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:06-CV-00130-PAC-MJW

Thomas J. Johnson,

       Plaintiff,

v.

Lucent Technologies Inc.,

       Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

THIS COURT, having reviewed the STIPULATED MOTION TO DISMISS WITH PREJUDICE [Doc #49], having reviewed the file, and being fully advised,

DOES HEREBY ORDER the said motion is granted and that this matter is dismissed with prejudice, each party to pay its own costs and expenses, including attorneys' fees.

THIS ORDER ENTERED this 31st day of August, 2006

S/ PATRICIA A COAN
PATRICIA A. COAN, U.S.M.J.

NY:1313283v1         3